

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00203-CV

| | | |
|---|---|---|
| TEXAS HEALTH AND HUMAN SERVICES COMMISSION, Appellant | § | On Appeal from the 141st District Court |
| | § | of Tarrant County (141-318487-20) |
| V. | § | March 2, 2023 |
| MIGNON JACKSON, Appellee | § | Memorandum Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's order. It is ordered that the trial court's order is reversed and we render judgment dismissing Appellee Mignon Jackson's claims under Chapter 451 of the Texas Labor Code against Appellant Texas Health and Human Services Commission.

It is further ordered that appellee Mignon Jackson shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Brian Walker
    Justice Brian Walker